F I L E D
Clerk
District Court

JUL 25 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant U.S. Attorneys
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> ERIC JOHN TUDELA MAFNAS, ) <br> CHARLEY K. PATRIS, and ) <br> CARL CABRERA, ) <br> Defendants. ) | Criminal Case No. 04-00038 <br><br> **UNITED STATES' EXHIBIT LIST** <br><br> Trial: Monday, August 1, 2005 <br> Time: 9:00 a.m. |

The United States of America, by and through its undersigned attorneys, hereby submits the attached list of the Government's Exhibits, reserving its right to amend or supplement this list as needed.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Date: 7/25/05

By: _____
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant United States Attorneys

DISTRICT OF THE NORTHERN MARIANA ISLANDS

**EXHIBITS**

U.S.A. v. Mafnas, et al., Criminal Case No. **04-00038**
✓ Plaintiff __ Defendant  Type of Hearing: **Jury Trial**

| No. | Bates No. | Description |
|---|---|---|
| 1 | AGIU00003-5 | January 16, 2003 AGIU Request |
| 2 | AGIU00006-14 | February 20, 2003 AGIU Request |
| 3 | AGIU00016 | June 23, 2003 AGIU Request |
| 4 | AGIU00017-22 | July 31, 2003 AGIU Request |
| 5 | AGIU00024-33 | December 9, 2003 AGIU Request |
| 6 | USAO00437-28<br>USAO00529 | April 30, 2002 Inmate Booking Record |
| 7 | USAO00530 | April 30, 2002 Inmate Property Inventory |
| 8 | USAO00537 | February 21, 2002 Arrest Warrant |
| 9 | USAO00541-42 | April 30, 2002 Darell Quitugua Statement |
| 10 | USAO00544-45<br>USAO00558 | April 29, 2002 Police notes |
| 11 | USAO00546-47 | April 29, 2002 Evidence/Property Custody Receipt |
| 12 | USAO00472 | June 13, 2003 Letter to E. Mafnas |
| 13 | USAO00473 | email to K. Williams |
| 14 | USAO00474-80 | May 27, 2003 Income and Expense Declaration |
| 15 | USAO00481 | May 1, 2003 Notice of Hearing |
| 16 | USAO00484-90 | June 14, 2002 Complaint |
| 17 | USAO00493-95 | Judgment and Commitment Order, May 30, 2003 |
| 18 | USAO00470 | May 2, 2003 Memorandum to J. Taimanao |
| 19 | ISL00004-7 | Financial Records |
| 20 | ISL00009<br>ISL00011 | September 20, 2000 Credit Application |
| 21 | USAO00261 | Inmate Booking Record |
| 22 |  | small bag of blue pills |
| 23 | VER00124-26 | Subscriber Billing Information |
| 24 | VER00133 | toll records |