THE LAW OFFICE OF PERRY B. INOS
Suite 2-C, Sablan Building
Beach Road, Chalan Kanoa
P.O. Box 502017
Saipan, MP 96950

Tel: (670) 235-9006
Fax: (670) 235-9007

Attorney for Charley K. Patris

F I L E D
Clerk
District Court

JUL 25 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR

THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLEY PATRIS, et al.,<br><br>　　　　Defendants. | Criminal Case No. 04-00038<br><br>**DEFENDANT PATRIS'**<br>**PROPOSED VERDICT FORM** |

　　　　Now Comes Charley K. Patris, by and through counsel, and submits the attached proposed verdict form.

　　　　Dated this 25th day of July, 2005.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Perry B. Inos
　　　　　　　　　　　　　　　　　　　　Counsel for Patris

IN THE UNITED STATES DISTRICT COURT

FOR

THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLEY PATRIS, et al.,<br><br>　　　　　Defendants. | Criminal Case No. 04-00038<br><br>**VERDICT FORM**<br><br>Date:　August 1, 2005<br>Time:　9:00 a.m.<br>Judge:　Hon. A. Wallace Tashima |

We, the Jury in the above-entitled case, unanimously find as follows:

<u>COUNT ONE</u>

As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, ERIC JOHN TUDELA MAFNAS:

　　_____　NOT GUILTY

　　_____　GUILTY

As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, CHARLEY K. PATRIS:

　　_____　NOT GUILTY

　　_____　GUILTY

Case 1:04-cr-00038    Document 73    Filed 07/25/2005    Page 3 of 6

## COUNT TWO

As to the offense of Theft Concerning Programs Receiving Federal Funds, we, the jury, unanimously find the defendant, ERIC JOHN TUDELA MAFNAS:

_____    NOT GUILTY

_____    GUILTY


As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, CHARLEY K. PATRIS:

_____    NOT GUILTY

_____    GUILTY


## COUNT THREE

As to the offense of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, ERIC JOHN TUDELA MAFNAS:

_____    NOT GUILTY

_____    GUILTY


## COUNT FOUR

As to the offense of Possession with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, ERIC JOHN TUDELA MAFNAS:

_____    NOT GUILTY

_____    GUILTY

2

## COUNT FIVE

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, ERIC JOHN TUDELA MAFNAS:

_____  NOT GUILTY

_____  GUILTY

## COUNT SIX

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, CHARLEY K. PATRIS:

_____  NOT GUILTY

_____  GUILTY

## COUNT SEVEN

As to the offense of Perjury, we, the jury, unanimously find the defendant, ERIC JOHN TUDELA MAFNAS:

_____  NOT GUILTY

_____  GUILTY

## COUNT EIGHT

As to the offense of Perjury, we, the jury, unanimously find the defendant, CHARLEY K. PATRIS:

_____  NOT GUILTY

_____  GUILTY

## SPECIAL FINDINGS FOR SENTENCING ALLEGATIONS

We, the Jury, unanimously find:

1. With respect to the theft allegations in Counts One and Two of the Indictment, the value of the cash and property stolen and otherwise unlawfully taken from DPS exceeded $10,000.00:

   YES: _____

   NO: _____

2. With Respect to each Counts One through Five and Seven of the Indictment:

   A. Eric John Tudela Mafnas, the defendant, was an organizer and leader of the criminal activity.

   YES: _____

   NO: _____

   B. Eric John Tudela Mafnas abused his position of trust with the CNMI Department of Public Safety:

   YES: _____

   NO: _____

3. With respect to Count Three and Count Four of the Indictment, the amount of methamphetamine in the form commonly known as "ice" exceeded thirty-five grams:

   YES: _____

   NO: _____

4.    With respect to the false statement and perjury allegations in Counts One, Six and Eight, Charley K. Patris, the defendant, by providing materially false information and testimony as charged was an accessory after the fact to the violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B) charged in Count Four:

    YES: _____

    NO: _____

4.    With respect to each Counts One, Two, Six, and Eight of the Indictment Charley K. Patris abused his position of trust with the CNMI Department of Public Safety:

    YES: _____

    NO: _____

Dated this _____ day of August, 2005.

_____
Jury Foreperson