THE LAW OFFICE OF PERRY B. INOS
Suite 2-C, Sablan Building
Beach Road, Chalan Kanoa
P.O. Box 502017
Saipan, MP 96950

Tel: (670) 235-9006
Fax: (670) 235-9007

Attorney for Charley K. Patris

F I L E D
Clerk
District Court

AUG - 2 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Case No. 04-00038 |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT PATRIS' AMENDED EXHIBIT LIST |
| CHARLEY PATRIS, et al., | |
| Defendants. | |

    COMES NOW, Defendant Charley K. Patris, by and through counsel, and submits the attached Amended List of Exhibit. The defendant reserves the right to use any exhibit listed by the government and Co-defendant Mafnas.

    Dated this 1st day of August, 2005.

                                                     PERRY B. INOS, Esq.
                                                   Attorney for Patris

Patris' Exhibit List

| No. | Description |
|---|---|
| A | Non-Prosecution Agreement of Frank Quitugua |
| B | Non-Prosecution Agreement of Andrew Taimanao |
| C | Non-Prosecution Agreement of David Hosono |
| D | Amended Judgment and Commitment Orde of Carl W. Cabrera |
| E | Judgment of Conviction and Order |
| F | Judgement and Commitment Order of Steven Pangelinan |
| G | Proffer Agreement of Vivian M. Fleming |
| H | Vivian M. Fleming Plea Agreement |
| I | Proffer Agreement of Steven F. Abal |
| J | Steven F. Abal Plea Agreement |
| K | Immunity of Zhen Rong Yang |
| L | 11/8/03 Declaration of Probable Cause in CNMI U.S. Yang, Zhen Rong - By Det. David Hosono |
| M | Self Statement of Det. A.S. Taimanao of 11/13/03 |
| N | CIB Investigative Report by Det. C.K. Patris of 11/8/03 |
| O | Inmate Booking Yang, Zhen Rong |
| P | SIS Investigative Report by Det. David M. Hosono of 11/7/03 |
| Q | SIS Investigative Report of Frank S. Quitugua of 11/7/03 |
| R | Self statement of Det. E. Mafnas on Yang Arrest |
| S | Carl Cabrera Ple Agreement |
| T | Itemization Report Confiscated Money in Yang |
| U | Evidence /Property Custody Report |
| V | Report of Yang, Zheng Rong on 3-8-05 |
| W | Report of Yang, Zheng Rong on 3-9-05 |
| X | |
| Y | |

|  | 7/28/05 Grand Jury Testimony Transcript of S.A. Joseph E. Authur |
|---|---|
|  | 12-29-04 Grand Jury Testimony of S.A. Joseph E. Authur |
|  | 12-29-04 Grand Jury Testimony Transcript of Frank S. Quitugua |
|  |  |
|  | 12/29/04 Grand Jury Testimony Transcript of Jesse Dubrall |
|  |  |
|  | 12-29-04 Grand Jury Testimony Transcript of Johannes Taimanao |
|  |  |