Case 1:04-cr-00038   Document 90   Filed 08/02/2005   Page 1 of 2

FILED
Clerk
District Court

AUG -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-04-00038                                          August 2, 2005
                                                     1:45 p.m

**UNITED STATES OF AMERICA -v- ERIC JOHN TUDELA MAFNAS, etc.**

PRESENT:   HON. A. WALLACE TASHIMA, Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           TIMOTHY MORAN, Assistant U. S. Attorney
           JAMIE BOWERS, Assistant U.S. Attorney
           PERRY INOS, Counsel for Defendant Patris
           STEPHANIE FLORES, Counsel for Defendant Mafnas
           ERIC TUDELA MAFNAS, Defendant
           CHARLEY K. PATRIS, Defendant

PROCEEDING:  JURY TRIAL

   Attorneys Stephanie Flores and Perry Inos with and on behalf of defendants. Government by Timothy Moran and Jamie Bowers, AUSAs. 80 prospective jurors were present from Panels 101050501 and Panel 101050801.

   Court began voir dire and gave an explanation of the case.

   At 3:20 p.m. jurors were excused for afternoon break. Out of the presence of the jurors there were discussions regarding voir dire. At 3:50 p.m. court reconvened and voir dire continued.

   At 6:00 p.m. 12 jurors and 2 alternates were seated. Court gave the jurors admonitions regarding not talking to anyone regarding the case and not watching or listening to any news media in regard to the case. Court excused the jurors for the evening and ordered them to return at 9:00 a.m. tomorrow morning to resume trial.

      The Court ordered that pretrial release conditions be amended for both defendants to allow them to meet with their counsel at the end of each trial day for the duration of the jury trial, and were given thirty minutes to travel back home after each meeting. Each attorney shall maintain accurate time sheets for their clients.

      Further, Court ordered that all remaining jurors in the Courtroom, who were not selected to serve on this jury panel, return to the Court on Tuesday, August 9, 2005 for jury selection. However, Court reminded the prospective jurors to call the jury hotline number for further instructions and updated information.

      Adjourned at 6:10 p.m.


      K. Lynn Lemieux, Courtroom Deputy