FILED
Clerk
District Court

AUG - 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHARLEY K. PATRIS, <br> Defendant. | Case No. CR-04-00038 <br><br> **ORDER AMENDING CONDITION OF RELEASE** |

At a pretrial conference on August 2, 2005, defendant Charley K. Patris orally moved to amend his curfew hours. The Court granted the motion. After some confusion as to the hours of the curfew and whether defendant was still subject to home electronic monitoring, the probation office requested a clarification of this particular condition of release. The Court agreed and issued the following amended condition of release.

It is **ORDERED** that defendant is still subject to home electronic monitoring under section (7)(t) of the Court's Order Setting Conditions of Release filed on January 21, 2005 .

///

///

///

///

///

///

///

It further **ORDERED** that section (7)(t)(i) of the Order Setting Conditions of Release filed on January 21, 2005 is amended to reflect that curfew is now from 8:00 p.m. to 6:00 a.m., Monday through Friday, for the duration of the jury trial in this case for the purpose of attorney-client consultation. Defendant shall have thirty minutes travel time to return to his residence. As necessary, defendant's counsel shall contact the probation officer for any time extension beyond 8:00 p.m. At the end of each consultation, defense counsel shall again contact the probation officer and provide the time when the consultation ends.

**SO ORDERED** this 4th day of August, 2005

A. Wallace Tashima
Designated Judge, United States District Court

2