```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  JAMIE D. BOWERS
    TIMOTHY E. MORAN
 3  Assistant U.S. Attorneys
    DISTRICT OF THE NORTHERN
 4  MARIANA ISLANDS
    Horiguchi Building, Third Floor
 5  P.O. Box 500377
    Saipan, MP 96950-0377
 6  Telephone: (670) 236-2986
    Fax:       (670) 236-2985
 7
    Attorneys for the United States of America
 8
```

FILED
Clerk
District Court

AUG − 8 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 04-00038 |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S ADDITIONAL JURY INSTRUCTION |
| ERIC JOHN TUDELA MAFNAS and ) CHARLEY K. PATRIS, ) | Date: August 8, 2005 |
| Defendants. ) | |

Instruction _____

Defendant, Charley K. Patris is charged in Count Nine of the indictment with being an Accessory After the Fact, in violation of Section 3 of Title 18 of the United States Code. In order for a defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt.

First: defendant Patris knew that Eric Mafnas and others had committed the crime or crimes of conspiracy to distribute and possess with intent to distribute methamphetamine, ice and possession with intent to distribute methamphetamine ice; and

Second: defendant Patris assisted Eric Mafnas with the intent to hinder and prevent Mafnas' apprehension, trial, and punishment.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant United States Attorneys