Clerk
District Court

AUG - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS and
TIMOTHY MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone: (670) 236-2986
Fax: (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC JOHN TUDELA MAFNAS and<br>CHARLEY K. PATRIS,<br><br>        Defendants. | Criminal Case No. 04-00038<br><br>GOVERNMENT'S<br>PROPOSED VERDICT FORMS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Leonardo M. Rapadas, United States Attorney, and Jamie D. Bowers, Assistant United States Attorney, and hereby files its proposed verdict forms.

Dated: August 8, 2005.

                Respectfully submitted,

                LEONARDO M. RAPADAS

                United States Attorney for the
                Districts of Guam and NMI

                By: _____
                     JAMIE D. BOWERS
                     Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br>    v. )<br>  )<br>ERIC JOHN TUDELA MAFNAS and )<br>CHARLEY K. PATRIS, )<br>  )<br>            Defendants. )<br>_____ ) | Criminal Case No. 04-00038<br><br>GOVERNMENT'S<br>PROPOSED VERDICT FORMS |

We, the Jury in the above-entitled case, unanimously find as follows:

### COUNT ONE

As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____   NOT GUILTY

_____   GUILTY

_____                                         _____
Date                                                                              Jury Foreperson

As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____   NOT GUILTY

_____   GUILTY

_____                                         _____
Date                                                                              Jury Foreperson

**COUNT TWO**

As to the offense of Theft Concerning Programs Receiving Federal Funds, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

_____ GUILTY

_____                                                          _____
Date                                                                                                           Jury Foreperson

As to the offense of Theft Concerning Programs Receiving Federal Funds, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____ NOT GUILTY

_____ GUILTY

_____                                                          _____
Date                                                                                                           Jury Foreperson

**COUNT THREE**

As to the offense of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

_____ GUILTY

*If you have found the defendant guilty of this offense, please answer the following question concerning the drug amount.*

We the jury, find that the amount of methamphetamine, commonly known as "ice" actually involved in the conspiracy for which the defendant is held responsible is: (Check one)

_____ 5 grams or more of methamphetamine, commonly known as "ice".

_____ Less than 5 grams of methamphetamine, commonly known as "ice".

_____                                                          _____
Date                                                                                                           Jury Foreperson

**COUNT FOUR**

As to the offense of Possession with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____   NOT GUILTY

_____   GUILTY

*If you have found the defendant guilty of this offense, please answer the following question concerning the drug amount.*

We the jury, find that the amount of methamphetamine, commonly known as "ice" actually involved in the conspiracy for which the defendant is held responsible is:
(Check one)

_____ 5 grams or more of methamphetamine, commonly known as "ice".

_____ Less than 5 grams of methamphetamine, commonly known as "ice".

_____                                   _____
Date                                                                                              Jury Foreperson

**COUNT FIVE**

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____   NOT GUILTY

_____   GUILTY

_____                                   _____
Date                                                                                              Jury Foreperson

### COUNT SIX

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____ NOT GUILTY

_____ GUILTY

_____    _____
Date                                         Jury Foreperson

### COUNT SEVEN

As to the offense of Perjury, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

_____ GUILTY

_____    _____
Date                                         Jury Foreperson

### COUNT EIGHT

As to the offense of Perjury, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____ NOT GUILTY

_____ GUILTY

_____    _____
Date                                         Jury Foreperson

**COUNT NINE**

As to the offense of Accessory After the Fact, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____   NOT GUILTY

_____   GUILTY

_____   _____
Date                                                                        Jury Foreperson

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

_____
Jury Foreperson

Date: _____
Saipan, CNMI