F I L E D
Clerk
District Court

AUG 1 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-04-00038                                          August 11, 2005
                                                     9:00 a.m.


### UNITED STATES OF AMERICA -v- ERIC JOHN TUDELA MAFNAS, et., al.


PRESENT:     Hon. A. Wallace Tashima, Senior Circuit Judge
             Sanae Shmull, Court Reporter
             Michelle C. Macaranas, Courtroom Deputy
             Timothy Moran, Assistant U. S. Attorney
             Jamie Bowers, Assistant U.S. Attorney
             Stephanie Flores, Attorney for Defendant Mafnas
             Victorino Torres, Attorney for Defendant Mafnas
             Perry Inos, Attorney for Defendant Patris
             Eric John Tudela Mafnas, Defendant
             Charley K. Patris, Defendant


PROCEEDINGS:    **JURY TRIAL - Day Eight**

        Government by Timothy Moran and Jamie Bowers, AUSAs. Attorney Stephanie Flores and
Victorino Torres was present on behalf and with defendant, Eric John Tudela Mafnas. Attorney
Perry Inos was present on behalf and with defendant, Charley K. Patris. Also present was Joe
Auther, Special Agent FBI.

        At 9:00 a.m and in the absence of the jury the Court took up matters regarding jury
instructions. Court instructed Clerk to distribute to counsels amended and final jury instructions.
Counsels reviewed  amended jury instructions. Court reviewed amended verdict forms. Court
instructed Clerk to distribute copies to defense counsels. Government moved the Court to allow a
copy of the Superceding Indictment to be given to the jury during deliberation. There being no
objections, Court so Ordered.

        At 9:10 a.m. all jurors were brought into the Court room. Court resumed at 9:11 a.m.

        At 9:13 a.m. Government began closing arguments and ended at 9:58 a.m. At 9:59 a.m.
Court admonished and excused the jury for a break.

        At 10:20 a.m. all jurors were present. Court resumed at 10:22 a.m. At 10:22 a.m. Attorney
Inos began closing arguments and ended at 11:25 a.m. At 11:25 a.m. Court admonished and excused
the jurors for lunch and ordered them to return at 1:00pm. Court recessed for lunch at 11:27 am.

        At 1:05 pm all jurors were present. Court resumed at 1:07 pm.

CR-03-00038
USA vs. Eric Mafnas, et., al.
Jury Trial Day Eight - 8/11/05
Page 2 of 2

At 1:08 p.m. Attorney Flores began closing arguments and ended at 2:01 p.m.

At 2:01 pm Government began rebuttal argument and ended at 2:48pm.

At 2:48 pm Court admonished and excused jurors for a break.  Court further reviewed jury instructions with counsels.  Government will make amendments and provide 12 copies for the jury.

Court resumed at 3:11pm in the absence of the jury.  Court disbursed amended verdict forms to counsels and maintained 12 copies for the jury.  At 3:12 pm all jurors were brought into the Courtroom.

At 3:12 pm Court gave jury instructions and ended at 3:50pm.

Bailiffs were sworn at 3:50pm.  Alternate #1 AGUON, Maria and Alternate #2 SABLAN, Marilyn was thanked and excused. Jury retired to the custody of the Bailiffs and jurors were escorted to the jury deliberation room at 3:51 p.m.

Court recessed for the day at 3:54pm.

Jurors were released for the evening at 4:30 p..m. and ordered to return tomorrow, **August 12, 2005 at 9:00 a.m.**

Adjourned 4:30 p.m.

Michelle C. Macaranas,   Court Deputy