CR 04-00038

Tape recorder / headphone

Rec'd from Jury
@ 4:05 p.m. 8/11/05

OK [signature]

FILED
Clerk
District Court

AUG 11 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)