CR 04-00038

Jury Note

HEADPHONE
PLEASE

Recd @ 9:40 am 8/12/05

F I L E D
Clerk
District Court

AUG 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)