Your Honor,
Smoke Break
Please...

FILED
Clerk
District Court

AUG 12 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)