CR 04 - 00038

YOUR HONOR,                    8/16/05
PLEASE UNLOCK THE LADIES/MEN
RESTROOM. NEED KEY. ACCIDENT.

                    FOREPERSON

F I L E D
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
            (Deputy Clerk)