CR 04 - 00038

10:20 A.M.
8/16/05

Your Honor,
 We the jury unanimously have reached a verdict on all counts.

FORE/PERSON
*[signature]*

Received 8-16-05
10:25
*[signature] A R M*

FILED
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)