F I L E D
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 04-00038 |
| Plaintiff, ) | |
| v. ) | **VERDICT FORMS** |
| ERIC JOHN TUDELA MAFNAS and ) CHARLEY K. PATRIS, ) | |
| Defendants. ) | |

We, the Jury in the above-entitled case, unanimously find as follows:

### COUNT ONE

As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

___✓___ GUILTY

8/16/05                                    _____
Date                                        Jury Foreperson

As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

___✓___ NOT GUILTY

_____ GUILTY

8/16/05                                    _____
Date                                        Jury Foreperson

## COUNT TWO

As to the offense of Theft Concerning Programs Receiving Federal Funds, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

✓ GUILTY

8/16/05
Date                                                    Jury Foreperson

As to the offense of Theft Concerning Programs Receiving Federal Funds, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

✓ NOT GUILTY

_____ GUILTY

8/16/05
Date                                                    Jury Foreperson

## COUNT THREE

As to the offense of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

✓ GUILTY

*If you have found the defendant guilty of this offense, please answer the following question concerning the drug amount.*

We the jury, unanimously find that the amount of methamphetamine, commonly known as "ice" actually involved in the conspiracy for which the defendant is held responsible is: (Check one)

✓ 5 grams or more of methamphetamine, commonly known as "ice".

_____ Less than 5 grams of methamphetamine, commonly known as "ice".

8/16/05
Date                                                    Jury Foreperson

## COUNT FOUR

As to the offense of Possession with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

*If you have found the defendant guilty of this offense, please answer the following question concerning the drug amount.*

We the jury, unanimously find that the amount of methamphetamine, commonly known as "ice" actually involved, for which the defendant is held responsible is:
(Check one)

\_\_\_✓\_\_\_ 5 grams or more of methamphetamine, commonly known as "ice".

_____ Less than 5 grams of methamphetamine, commonly known as "ice".

8/16/05
Date

_____
Jury Foreperson

## COUNT FIVE

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

8/16/05
Date

_____
Jury Foreperson

### COUNT SIX

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

```
_____   NOT GUILTY
    ✓        GUILTY
```

8/16/05
Date

Jury Foreperson

### COUNT SEVEN

As to the offense of Perjury, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

```
_____   NOT GUILTY
    ✓        GUILTY
```

8/16/05
Date

Jury Foreperson

### COUNT EIGHT

As to the offense of Perjury, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

```
_____   NOT GUILTY
    ✓        GUILTY
```

8/16/05
Date

Jury Foreperson

## COUNT NINE

As to the offense of Accessory After the Fact, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____  NOT GUILTY

\_\_✓\_\_\_  GUILTY

8/16/05
Date

_____
Jury Foreperson

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

_____
Jury Foreperson

Date: 8/16/05
Saipan, CNMI