F I L E D
Clerk
District Court

AUG 16 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 04-00038-002 |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| CHARLEY K. PATRIS, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **Tuesday, October 18, 2005.** Sentencing is scheduled for **Tuesday, November 22, 2005** commencing at the hour of nine o'clock a.m.

DATED this 16TH day of August, 2005.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)