IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

SEP 06 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00038-002 |
| Plaintiff, | ) | |
| -v- | ) | JUDGMENT OF ACQUITTAL |
| CHARLEY K PATRIS, | ) | |
| Defendant. | ) | |

On this 16th day of August, 2005, the defendant Charley K. Patris appeared with his attorney Perry B. Inos. The Government was represented by Jamie D. Bowers and Timothy E. Moran, Assistants U. S. Attorneys.

The issues have been tried and the jury has rendered its verdict finding the defendant Charley K. Patris not guilty of *Count One:* Conspiracy to Commit Theft, Perjury and to Make False Statements in violation of Title 18, United States Code, Section 371 and *Count Two:* Theft Concerning Programs Receiving Federal Funds in violation of Title 18, United States Code, Sections 666(a)(1) and 2.

IT IS THEREFORE ORDERED that the Defendant is acquitted as to Counts I and II.

Dated this 6th day of September, 2005.

_____
Hon. Alex R. Munson, Chief Judge

AO 72
(Rev. 08/82)