```
                                              F I L E D
                                                 Clerk
                                             District Court

                                             SEP 0 7 2005

                                       For The Northern Mariana Islands
                                       By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-00038-002 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | ORDER VACATING |
| CHARLEY K. PATRIS, ) | JUDGMENT OF ACQUITTAL |
| ) | |
| Defendant ) | |

IT IS ORDERED that the Judgment of Acquittal entered September 6, 2005, is hereby vacated as improvidently docketed.

_____
ALEX R. MUNSON
Judge