Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

FILED
Clerk
District Court

OCT 31 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Action No. 04-00038 |
| Plaintiff | ) |
| v. | ) SUBSTITUTION OF COUNSEL |
| ERIC TUDELA MAFNAS and CHARLEY KINTARO PATRIS | ) |
| Defendant | ) |

The Law Office of G. Anthony Long hereby substitutes as counsel for defendant Charley Kintaro Patris in lieu of Perry Inos.

Law Office of G. Anthony Long          Law Office of Perry Inos

By: _____                  By: _____
G. Anthony Long                         Perry Inos