```
LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985
```

F I L E D
Clerk
District Court

NOV 1 8 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>ERIC JOHN TUDELA MAFNAS, and  )<br>CHARLEY K. PATRIS,            )<br>                              )<br>            Defendants.       )<br>_____) | Criminal Case No. 04-00038<br><br>STIPULATION RE SENTENCING DATE |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Jamie D. Bowers and Timothy E. Moran, Assistant United States Attorneys, of counsel, and Eric J.T. Mafnas, the defendant, by and through his attorney, Stephanie G. Flores, Esq., and Charley K. Patris, the defendant, by and through his attorney, G. Anthony Long, Esq., that the sentencings in this matter now set for

///

1  Tuesday, November 22, 2005, at 9:00 a.m., shall be moved to **Friday, January 6, 2006, at 9:00**
2  **a.m.**

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

6  DATED: 11/16/05          By: _____
                                 Jamie D. Bowers
                                 Timothy E. Moran
                                 Assistant U.S. Attorneys

9  DATED: 16 NOV 05          _____
                              Stephanie G. Flores
                              Attorney for Eric J.T. Mafnas

12 DATED: 11/14/05           _____
                              G. Anthony Long
                              Attorney for Charley K. Patris

15 SO ORDERED.

                              _____
                              HONORABLE ALEX R. MUNSON
                              Chief Judge, District Court of the NMI

-2-