```
                                                          F I L E D
                                                            Clerk
                                                        District Court
      IN THE UNITED STATES DISTRICT COURT               NOV 2 2 2005
                  FOR THE
          NORTHERN MARIANA ISLANDS               For The Northern Mariana Islands
                                                 By_____
                                                        (Deputy Clerk)
```

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00038 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| ERIC TUDELA MAFNAS and CHARLEY K. PATRIS, | ) | |
| Defendant. | ) | |

| Craig Moore | Stephanie Flores | Perry Inos |
|---|---|---|
| Assistant U.S. Attorney | P.O. Box 501856 | P.O. Box 502017 |
| 3rd Floor Horiguchi Bldg. | Saipan, MP 96950 | Saipan, MP 96950 |
| Saipan, MP 96950 | | |

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this __22nd__ day of __November__, 2005

                                        GALO L. PEREZ, Clerk of Court

                                        By: _Ignacio C. Benavente_____
                                            Chief Deputy Clerk
                                            U.S. District Court
                                            Northern Mariana Islands

AO 187

FILED
Clerk
District Court

AUG 11 2005

# EXHIBIT AND WITNESS LIST

| | | | |
|---|---|---|---|
| U.S.A. -vs- ERIC JOHN TUDELA MAFNAS and CHARLEY K. PATRIS | | District Court For The Northern Mariana Islands Northern Mariana Islands | (Deputy Clerk) |
| Government's Attorney<br>Timothy Moran, AUSA<br>Jamie Bowers, AUSA | Defendant's Attorney<br>Stephanie Flores, Esq.<br>Victorino Torres, Esq.<br>Perry Inos, Esq. | Docket Number<br>Trial Date(s): August 3, 2005 | |
| Presiding Judge<br>A. Wallace Tashima, Presiding Judge | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>Michelle C. Macaranas | |

| GOV NO. | DEF. NO. | DATE MARKED | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| * | | 8/3/05 | 8/3/05 | 8/3/05 | Lab report re: 46.40 grams of ice case#02-004533 |
| * | | 8/3/05 | 8/3/05 | 8/3/05 | Photo - Manabu Chizuwa |
| | | | | | **DON WOLFE - 8/3/05** |
| * | | 8/3/05 | 8/3/05 | 8/3/05 | Judgment entry for Manabu Chizuwa |
| * | | 8/3/05 | 8/3/05 | 8/3/05 | Evidence letter 5/2/2003 from Donald Wolfe |
| 1A | | 8/3/05 | 8/3/05 | - | Letter dated 3/27/03 addressed to Donald E. Wolfe from Edward C. Arriola re CR-01-0087D and No. 00-00517B |
| | | | | | **JOHANNES TAIMANAO - 8/3/05** |
| * | | 8/3/05 | 8/3/05 | 8/3/05 | Property Sheet Re: Ice from 02-004533 |
| * | | 8/3/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/3/05 | - | - | Manila envelope case #02-011523 |
| 7 | | 8/3/05 | - | - | Manila envelope case #02-10450 (.25g) |
| 8 | | 8/3/05 | - | - | Manila envelope case #02-010450 (.30g) |
| | | | | | **CARL CABRERA - 8/3/05** |
| * | | 8/3/05 | 8/3/05 | 8/3/05 | Plea Agreement - Carl Cabrera |
| 10 | | 8/4/05 | - | - | Photo - White expedition ABT 149 |
| 11 | | 8/4/05 | - | - | Photo - Charcoal Taurus ABZ 464 |
| 12 | | 8/4/05 | - | - | Photo - Super Blue Water Tank |
| 13 | | 8/4/05 | - | - | Photo - Mafnas home |
| 14 | | 8/4/05 | - | - | Photo - PIC beach facing South |
| 15 | | 8/4/05 | - | - | Photo - San Antonio Elementary School |
| 16 | | 8/4/05 | - | - | Photo - Downtown Market |
| * | | 8/4/05 | 8/4/05 | 8/4/05 | Plea Agreement - Steven Abal |
| * | | 8/4/05 | 8/4/05 | 8/4/05 | Transcript - Mafnas Grand Jury testimony |
| * | | 8/4/05 | 8/4/05 | 8/4/05 | Tape of Mafnas testimony |
| * | | 8/4/05 | 8/4/05 | 8/4/05 | Transcript - Patris Grand Jury testimony |
| * | | 8/4/05 | 8/4/05 | 8/4/05 | Tape of Patris testimony |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 2 of 7

| | | | | | |
|---|---|---|---|---|---|
| 21A | | 8/4/05 | - | - | Photo - Photo Placard 02-4533 |
| 21B | | 8/4/05 | - | - | Photo - Drugs, Scales and money |
| 21C | | 8/4/05 | - | - | Photo - Chizuwa Ice (close-up) |
| 21D | | 8/4/05 | - | - | Photo - Chizuwa ice and packaging |
| 22 | | 8/4/05 | - | - | Photo - Darrell Quitugua |
| 23 | | 8/4/05 | - | - | Quitugua Booking Record |
| 24 | | 8/4/05 | 8/4/05 | 8/4/05 | Self statement by Mafnas Re: Yang |
| 25 | | 8/4/05 | 8/4/05 | 8/4/05 | AGIU "buy money" request ($500) 7/31/03 |
| 26 | | 8/4/05 | 8/4/05 | 8/4/05 | AGIU "buy money" request ($200) 1/16/03 |
| 27 | | 8/4/05 | 8/4/05 | 8/4/05 | AGIU "buy money" request ($1000) 6/23/03 |
| 28 | | 8/4/05 | - | - | Verizon phone cards |
| | | | - | - | **JOINT EXHIBITS OF PATRIS AND MAFNAS** |
| | A | 8/4/05 | 8/4/05 | 8/4/05 | Non-Prosecution Agreement of Frank Quitugua |
| | B | 8/4/05 | 8/4/05 | 8/4/05 | Non-Prosecution Agreement of Andrew Taimanao |
| | C | 8/4/05 | 8/4/05 | 8/4/05 | Non-Prosecution Agreement of David Hosono |
| | D | 8/4/05 | - | - | Amended Judgment and Commitment Order of Carl W. Cabrera |
| | E | 8/4/05 | - | - | Judgment of Conviction and Order |
| | F | 8/4/05 | - | - | Judgment and Commitment Order of Steven Pangelinan |
| | G | 8/4/05 | - | - | Proffer Agreement of Vivian M. Fleming |
| | H | 8/4/05 | - | - | Vivian M. Fleming Plea Agreement |
| | I | 8/4/05 | - | - | Proffer Agreement of Steven F. Abal |
| | J | 8/4/05 | - | - | Steven F. Abal Plea Agreement |
| | K | 8/4/05 | - | - | Immunity of Zhen Rong Yang |
| | L | 8/4/05 | - | - | 11/8/03 Declaration of Probable Cause in CNMI U.S. Yang, Zhen Rong - By Det. David Hosono |
| | M | 8/4/05 | - | - | Self Statement of Det. A.S. Taimanao of 11/13/03 |
| | N | 8/4/05 | - | - | CIB Investigative Report by Det. C.K. Patris of 11/8/03 |
| | O | 8/4/05 | 8/4/05 | 8/4/05 | Inmate Booking Yang, Zhen Rong |
| | P | 8/4/05 | - | - | SIS Investigative Report by Det. David M. Hosono of 11/7/03 |
| | Q | 8/4/05 | - | - | SIS Investigative Report of Frank S. Quitugua of 11/7/03 |
| | R | 8/4/05 | 8/4/05 | 8/4/05 | Self statement of Det. E. Mafnas on Yang Arrest |
| | S | 8/4/05 | 8/4/05 | 8/4/05 | Itemization Report Confiscated Money in Yang |
| | U | 8/4/05 | - | - | Evidence / Property Custody Report |
| | V | 8/4/05 | - | - | Report of Yang, Zheng Rong on 3/8/05 |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 3 of 7

|  | W | 8/4/05 | - | - | Report of Yang, Zheng Rong on 3/9/05 |
|---|---|---|---|---|---|
|  |  |  |  |  | **CARL CABRERA - 8/4/05 DX** |
| 12 |  | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Super Blue Water Tank |
| 14 |  | 8/4/05 | 8/4/05 | 8/4/05 | Photo - PIC beach facing South |
| 15 |  | 8/4/05 | 8/4/05 | 8/4/05 | Photo - San Antonio Elementary School |
| 15A |  | 8/4/05 | 8/4/05 | - | Photo - looking toward school from South |
| 15B |  | 8/4/05 | 8/4/05 | - | Photo - school property S.W. corner |
| 15C |  | 8/4/05 | 8/4/05 | - | Photo - North boarder PIC property |
| 13 |  | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Mafnas home |
| 13A |  | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Mafnas home (side view) |
| 10 |  | 8/4/05 | 8/4/05 | 8/4/05 | Photo - White Expedition ABT 149 |
| 11 |  | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Charcoal Taurus ABZ 464 |
|  |  |  |  |  | **CARL CABRERA - 8/4/05 CX** |
| 9 |  | 8/4/05 | - | - | Plea Agreement - Carl Cabrera |
|  |  |  |  |  | **CARL CABRERA - 8/4/05 (RDX)** |
| 9 |  | 8/4/05 | - | - | Plea Agreement - Carl Cabrera |
|  |  |  |  |  | **CARL CABRERA - 8/4/05 (RCX)** |
|  |  |  |  |  | **STEVEN FAISAO ABAL - 8/4/05 DX** |
|  |  |  |  |  | **STEVEN FAISAO ABAL - 8/5/05 DX, CX, RDX, RCX** |
|  |  |  |  |  | **MONICA ADA - 8/5/05 DX** |
| 1 |  | 8/5/05 | - | - | Lab report re: 46.40 grams of ice case#02-004533 |
| 2 |  | 8/5/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| 21D |  | 8/5/05 |  |  | Photo - Chizuwa ice and packaging |
| 18 |  | 8/5/05 | 8/5/05 | 8/5/05 | Sample Lab Containers |
| 2 |  | 8/5/05 | - | - | Property Sheet Re: Ice from 02-004533 |
|  |  |  |  |  | **RAY M. RENGUUL 8/5/05 DX** |
| 23 |  | 8/5/05 | 8/5/05 | - | Quitugua Booking Record |
| 23A |  | 8/5/05 | 8/5/05 | - | Quitugua Property Inventory |
| 21 |  | 8/5/05 | - | - | Photo - Manabu Chizuwa |
|  |  |  |  |  | **RAY M. RENGUUL 8/5/05 CX** |
| 23 |  | 8/5/05 | - | - | Quitugua Booking Record |
|  |  |  |  |  | **RAY M. RENGUUL 8/5/05 RDX** |
|  |  |  |  |  | **JOE AUTHER - 8/5/05 DX** |
| 18 |  | 8/5/05 | - | - | Sample Lab Containers |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 4 of 7

| | | | | |
|---|---|---|---|---|
| 2 | | 8/5/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| 5 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case #02-012209 |
| 5A | | 8/5/05 | 8/5/05 | 8/5/05 | Patris self statement of 11/29/052 Re: 02-012209 |
| 6 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case#02-011523 |
| 6A | | 8/05/05 | - | - | Complaint Report case#02-011523 |
| 7 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case# 02-10450 (.25g) |
| 7A | | 8/5/05 | - | - | Complaint report case# 02-010450 |
| 8 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case#02-010450 (.30g) |
| 28 | | 8/5/05 | 8/5/05 | 8/5/05 | Verizon phone records |
| 29 | | 8/5/05 | 8/5/05 | 8/5/05 | Verizon phone records |
| 6A | | 8/5/05 | 8/5/05 | 8/5/05 | Complaint report case#02-011523 |
| 7A | | 8/5/05 | 8/5/05 | 8/5/05 | Complaint report case#02-010450 |
| 8A | | 8/5/05 | 8/5/05 | 8/5/05 | Complaint report case #02-010450 |
| | | | | | JOE AUTHER - 8/5/05 CX |
| 5 | | 8/5/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/5/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/5/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 8 | | 8/5/05 | - | - | Manila envelope case#02-010450 (.30g) |
| 28 | | 8/5/05 | - | - | Verizon phone records |
| 29 | | 8/5/05 | - | - | Verizon phone records |
| | | | | | |
| 19 | | 8/5/05 | - | - | TRANSCRIPT - MAFNAS GRAND JURY TESTIMONY 8/5/05 |
| 19A | | 8/5/05 | - | - | TAPE OF MAFNAS' GRAND JURY TESTIMONY 8/5/05 |
| | | 8/8/05 | - | - | GRAND JURY TESTIMONY OF ERIC MAFNAS RECORDING (TAPE & TRANSCRIPT) |
| | | | | | DAVID ANTHONY MARCIANO HOSONO - 8/8/05 DX, CX, RDX, RCX |
| 20 | | 8/8/05 | - | - | TRANSCRIPT - PATRIS GRAND JURY TESTIMONY 8/8/05 |
| 20A | | 8/8/05 | - | - | TAPE OF PATRIS' TESTIMONY 8/8/05 |
| | | | | | FRANK S. QUITUGUA (DEA) - 8/8/05 DX |
| 22 | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - DARRELL QUITUGUA |
| 22A | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - MONEY & DRUG EVIDENCE - QUITUGUA |
| 22B | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - $800 - QUITUGUA |
| 22C | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - $1400 - QUITUGUA |
| 22D | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - $480 - QUITUGUA |
| 21A | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - PHOTO PLACARD 02-4533 |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 5 of 7

| | | | | | |
|---|---|---|---|---|---|
| 21B | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - DRUGS, SEALS AND MONEY |
| 21C | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - CHIZUWA ICE (CLOSE-UP) |
| 21D | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - CHIZUWA ICE AND PACKAGING |
| 24 | | 8/8/05 | - | - | Self Statement by Mafnas Re: Yang |
| 25 | | 8/8/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| 26 | | 8/8/05 | - | - | AGIU "buy money" request ($200) 1/16/03 |
| | | | | | FRANK S. QUITUGUA (DEA) - 8/8/05 CX |
| | A | 8/8/05 | - | - | Non-Prosecution Agreement of Frank Quitugua |
| | | | | | FRANK S. QUITUGUA (DEA) - 8/8/05 RDX, RCX |
| | | | | | ANDREW S. TAIMANAO - 8/8/05 DX, CX, RDX |
| | | | | | URBANO DUENAS BABAUTA - 8/8/05 DX, CX, RDX, RCX |
| 27 | | 8/8/05 | - | - | AGIU "buy money" request ($1000) 6/23/03 |
| | | | | | JOE AUTHER (FBI) - 8/8/05 DX, CX |
| | | | | | GOVERNMENT RESTED THEIR CASE ON 8/8/05 AT 4:00 P.M. |
| | | | | | ERIC JOHN TUDELA MAFNAS - 8/9/05 DX |
| 3 | | 8/9/05 | - | - | Evidence letter 5/2/03 from Donald Wolfe |
| 22A | | 8/9/05 | - | - | Photo - MONEY & DRUG EVIDENCE - QUITUGUA |
| 22B | | 8/9/05 | - | - | Photo - $800 - QUITUGUA |
| 22C | | 8/9/05 | - | - | Photo - $1400 - QUITUGUA |
| 22D | | 8/9/05 | - | - | Photo - $480 - QUITUGUA |
| | | 8/9/05 | 8/9/05 | 8/9/05 | Quitugua Booking Record |
| T | | 8/9/05 | - | - | Itemization Report Confiscated Money in Yang |
| 5 | | 8/9/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/9/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/9/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 8 | | 8/9/05 | - | - | Manila envelope case#02-010450 (.30g) |
| | | | | | ERIC JOHN TUDELA MAFNAS - 8/9/05 CX |
| 5 | | 8/9/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/9/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/9/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 8 | | 8/9/05 | - | - | Manila envelope case#02-010450 (.30g) |
| 5A | | 8/9/05 | - | - | Patris self statement of 11/29/052 Re: 02-012209 |
| 6A | | 8/9/05 | - | - | Complaint Report case#02-011523 |
| 7A | | 8/9/05 | - | - | Complaint report case#02-010450 |

EXHIBIT & WITNESS LOG
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 6 of 7

| | | | | | |
|---|---|---|---|---|---|
| 8A | | 8/9/05 | - | - | Complaint report case #02-010450 |
| 10 | | 8/9/05 | - | - | Photo - White Expedition ABT 149 |
| 21 | | 8/9/05 | - | - | Photo - Manibu Chizuwa |
| 21A | | 8/9/05 | - | - | Photo - PHOTO PLACARD 02-4533 |
| 21B | | 8/9/05 | - | - | Photo - DRUGS, SEALS AND MONEY |
| 21C | | 8/9/05 | - | - | Photo - CHIZUWA ICE (CLOSE-UP) |
| 21D | | 8/9/05 | - | - | Photo - CHIZUWA ICE AND PACKAGING |
| 1 | | 8/9/05 | - | - | Lab Report Re: 46.40 grams of ice case#02-004533 |
| 3 | | 8/9/05 | - | - | Evidence letter 5/2/2003 from Donald Wolfe |
| 4 | | 8/9/05 | - | - | Judgment entry of Manabu Chizuwa |
| 2 | | 8/9/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| 27 | | 8/9/05 | - | - | AGIU "buy money" request ($1000) 6/23/03 |
| 25 | | 8/9/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| 22A | | 8/9/05 | - | - | Photo - MONEY & DRUG EVIDENCE - QUITUGUA |
| 22B | | 8/9/05 | - | - | Photo - $800 - QUITUGUA |
| 22C | | 8/9/05 | - | - | Photo - $1400 - QUITUGUA |
| 22D | | 8/9/05 | - | - | Photo - $480 - QUITUGUA |
| 30 | | 8/9/05 | 8/9/05 | 8/9/05 | Document; 2pp; re: handwritten statement written by Eric Mafnas dated 4/30/02 |
| 18 | | 8/9/05 | - | - | Sample lab containers |
| 28 | | 8/9/05 | - | - | Verizon phone records |
| 29 | | 8/9/05 | - | - | Verizon phone records |
| 2 | | 8/9/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| | | | | | ERIC JOHN TUDELA MAFNAS - 8/9/05 RDX |
| 23 | | 8/9/05 | - | - | Quitugua booking record |
| 30 | | 8/9/05 | - | - | Document; 2pp; re: handwritten statement written by Eric Mafnas dated 4/30/02 |
| 4 | | 8/9/05 | - | - | Judgment entry of Manabu Chizuwa |
| | | 8/9/05 | 8/9/05 | 8/9/05 | Plea Agreement of Manabu Chizuwa |
| | | | | | DEFENSE FOR ERIC MAFNAS RESTED AT 3:56 PM. 8/9/05 |
| | | | | | CHARLEY PATRIS - 8/9/05 DX |
| | | | | | CHARLEY PATRIS - 8/10/05 DX |
| 5 | | 8/10/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/10/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/10/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 8 | | 8/10/05 | - | - | Manila envelope case#02-010450 (.30g) |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 7 of 7

| | | | | | |
|---|---|---|---|---|---|
| 5A | | 8/10/05 | - | - | Patris self statement of 11/29/052 Re: 02-012209 |
| 6A | | 8/10/05 | - | - | Complaint Report case#02-011523 |
| 3 | | 8/10/05 | - | - | Evidence letter 5/2/2003 from Donald Wolfe |
| 11 | | 8/10/05 | - | - | Photo - Charcoal Taurus ABZ 464 |
| 5A | | 8/10/05 | - | - | Patris self statement of 11/29/052 Re: 02-012209 |
| | | | | | **CHARLEY PATRIS - 8/10/05 CX** |
| 5 | | 8/10/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/10/05 | - | - | Manila envelope case#02-011523 |
| 6B | | 8/10/05 | 8/10/05 | 8/10/05 | SIS Report to File fr. Patris re: case#02-011523 dtd 10/21/02 |
| 7 | | 8/10/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 22A | | 8/10/05 | - | - | Photo - MONEY & DRUG EVIDENCE - QUITUGUA |
| 22D | | 8/10/05 | - | - | Photo - $480 - QUITUGUA |
| 27 | | 8/10/05 | - | - | AGIU "buy money" request ($1000) 6/23/03 |
| 25 | | 8/10/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| 26 | | 8/10/05 | - | - | AGIU "buy money" request ($200) 1/16/03 |
| | | | | | **CHARLEY PATRIS - 8/10/05 RDX** |
| 6B | | 8/10/05 | - | - | SIS Report to File fr. Patris re: case#02-011523 dtd 10/21/02 |
| | | | | | **CHARLEY PATRIS - 8/10/05 RCX (Attorney Flores)** |
| 5 | | 8/10/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/10/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/10/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 25 | | 8/10/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| | | | | | **DEFENSE FOR CHARLEY PATRIS REST THEIR CASE - 8/10/05 AT 4:14 PM** |
| | | | | | **GOVERNMENT CONTINUED TO REST THEIR CASE - 8/10/05 AT 4:15pm** |
| | | | | | **GOVERNMENT BEGAN CLOSING ARGUMENT AT 9:13AM; ENDED AT 9:58AM** |
| | | | | | **ATTORNEY INOS BEGAN CLOSING ARGUMENT AT 10:22AM; ENDED AT 11:00AM** |
| | | | | | **ATTORNEY FLORES BEGAN CLOSING ARGUMENT AT 1:08PM; ENDED AT 2:01PM** |
| | | | | | **GOVERNMENT BEGAN REBUTTAL ARGUMENT AT 2:01PM AND ENDED AT 2:48PM** |
| | | | | | **COURT GAVE JURY INSTRUCTIONS - 8/11/05 AT 3:12PM AND ENDED AT 3:40PM** |
| | | | | | **BAILIFFS SWORN; JURY RETIRE TO THE CUSTODY OF BAILIFF - 8/11/05 AT 3:40PM** |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.