Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 04-0038 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | |
| ERIC TUDELA MAFNAS and ) | |
| and CHARLIE KINTARO PATRIS ) | |
| ) | |
| Defendants ) | |

Based on the double jeopardy motion and the schedule of Patris' counsel, it is stipulated an agreed that the sentencing for Patris shall be continued from January 6, 2006 until February 17, 2006 at 9:00 a.m.

Law Office of G. Anthony Long          UNITED STATES ATTORNEY
                                        FOR GUAM AND THE N.M.I.

By: _____                   By: _____
G. Anthony Long                         Timothy E. Moran
Attorney for Defendant                  Assistant United States Attorney

So **ORDERED** this 4TH day of January, 2006.

_____
Alex R. Munson
Judge, District Court

RECEIVED
DEC 30 2005
Clerk
District Court
For The Northern Mariana...