Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Patris

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 04-0038 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **SUBMISSION OF VIDEO EXHIBIT** |
| ) | **IN SUPPORT OF DOUBLE JEOPARDY** |
| ERIC TUDELA MAFNAS and ) | **MOTION** |
| and CHARLIE KINTARO PATRIS ) | |
| ) | |
| Defendants ) | |

Attached hereto is a copy of a DVD containing the KUAM newscasts show regarding defendants confinement conditions. The relevant portions commence 2 minutes 28 seconds into the video.

Law Office of G. Anthony Long

By: _____
G. Anthony Long

Page 1 of 1