# United States District Court
## District of the Northern Mariana Islands

F I L E D
Clerk
District Court

JAN 2 0 2006

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                    Plaintiff, ) | **NOTICE OF APPEAL** |
| ) | |
| -v- ) | D.C. DOCKET NUMBER: 04-00038 |
| Eric John Tudela Mafnas ) | |
| and Chrley K. Patris     , ) | Alex R. Munson |
|                    Defendant, ) | (District Court Judge) |

Notice is hereby given that _____Charley K. Patris_____ appeals to the United States Court of Appeals for the Ninth Circuit from the:

☐ Conviction only (Fed. R. Crim P. 32(b)

☐ Conviction and sentence

☐ Sentence only (18 U.S.C. Sec. 3742)

☒ Order (specify) Denying his double jeopardy motion
_____ entered on this action on January 06, 2006.
                                                              (date)

Sentence imposed:_____

Bail status: Mafnas is currently in custody awaiting sentencing

                                    G. Anthony Long
                                    (Counsel for Appellant)

Date: January 20, 2006            Address: P.O. Box 504970
                                           2nd FLOOR LIM'S BUILDING
                                           SAN JOSE, SAIPAN, MP 96950

Phone number: (670) 235-4802      Fax number: (670) 235-4801

Name of Court Reporter: Sanae N. Shmull

Transcript required:    Yes ☒    No ☐
    If "Yes", date ordered or to be ordered January 26, 2006 (including arrangements for payment with court reporter)

[If transcript required, complete Transcript Order Form CA9-036, contact court reporter immediately to make arrangements for transcription].
[CA9-88-1NOA]

**FAX-IN**
1/10/06

FILED
Clerk
District Court

JAN -6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-00038 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | ORDER DENYING MOTION |
| ERIC JOHN TUDELA MAFNAS ) | TO DISMISS INDICTMENT |
| and CHARLEY K. PATRIS, ) | |
| ) | |
| Defendants ) | |
| _____) | |

THIS MATTER came before the court on Friday, January 6, 2006, for hearing of defendant Mafnas' motion to dismiss the indictment. Defendant Patris joined in the motion. Plaintiff appeared by and through its attorney, Assistant U.S. Attorney Timothy E. Moran; defendant Mafnas appeared personally and by and through his attorney, Howard Trapp; and, defendant Patris appeared personally and by and through his attorney, G. Anthony Long.

AO 72
(Rev. 8/82)

THE COURT, having considered the evidence presented and the oral arguments of counsel, denies defendants' motion to dismiss the indictment.

Defendants, both former police officers, are being detained on the island of Guam pending sentencing after being found guilty of criminal charges by a jury. They seek dismissal of the original indictment against them as a remedy for constitutional rights violations they have allegedly experienced while in detention.

Defendants were unable to supply to the court any authority whatsoever that a permissible post-conviction, pre-sentencing remedy for alleged constitutional violations is dismissal of the indictment against them. Because the court was given no authority, and could find no authority itself, the motion is denied. Additionally, defendants' characterization of their conditions of detention as "punishment" was not proved under *any* standard of proof. Whatever grievances they may have (and, again, none were proved today), this motion was not the proper avenue for the resolution of those grievances.

IT IS SO ORDERED.

DATED this 6th day of January, 2006.

_____
ALEX R. MUNSON
Judge

2