# United States District Court

## District of the Northern Mariana Islands

F I L E D
Clerk
District Court

JAN 2 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | AMENDED |
| Plaintiff, | ) | **NOTICE OF APPEAL** |
| | ) | |
| -v- | ) | D.C. DOCKET NUMBER: |
| Eric John Tudela Mafnas | ) | |
| and Charley K. Patris | ) | |
| _____, | ) | _____Alex R. Munson_____ |
| Defendant, | ) | (District Court Judge) |

Notice is hereby given that_____Charley K. Patris_____appeals to the
United States Court of Appeals for the Ninth Circuit from the:

☐   Conviction only (Fed. R. Crim P. 32(b))

    ☐   Conviction and sentence

    ☐   Sentence only (18 U.S.C. Sec. 3742)

    ☒   Order (specify)__Denying his double jeopardy motion_____

_____entered on this action on_January 06, 2006___.
                                                  (date)

Sentence imposed:_____

_____

_____

Bail status:_Patris is currently in custody awaiting sentencing___

_____

                                        G. Anthony Long
                                     (Counsel for Appellant)

Date:_January 23, 2006_____    Address:_P.O.Box 504970_____

                                       _2nd Floor Lim's Bluilding__
                                       _San Jose, Saipan, MP 96950_

Phone number:_(670) 235-4802_    Fax number:_(670) 235-4801_____

Name of Court Reporter:_Sanae N. Shmull_____

Transcript required:    Yes ☒    No ☐
                    If "Yes", date ordered or to be ordered_January 26, 2006_(including
                    arrangements for payment with court reporter)

[If transcript required, complete Transcript Order Form CA9-036, contact court reporter immediately
to make arrangements for transcription].
[CA9-88-1NOA]

# FAX-IN

1/10/06

FILED
Clerk
District Court

JAN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br>)<br>v. )<br>)<br>ERIC JOHN TUDELA MAFNAS )<br>and CHARLEY K. PATRIS, )<br>)<br>Defendants ) | Criminal No. 04-00038<br><br><br><br>ORDER DENYING MOTION<br>TO DISMISS INDICTMENT |

THIS MATTER came before the court on Friday, January 6, 2006, for hearing

of defendant Mafnas' motion to dismiss the indictment. Defendant Patris joined in

the motion. Plaintiff appeared by and through its attorney, Assistant U.S. Attorney

Timothy E. Moran; defendant Mafnas appeared personally and by and through his

attorney, Howard Trapp; and, defendant Patris appeared personally and by and

through his attorney, G. Anthony Long.

Jan-09-2006  07:44    From-US DISTRICT COURT, NMI                +16702362910           T-221   P.002/002   F-151

THE COURT, having considered the evidence presented and the oral

arguments of counsel, denies defendants' motion to dismiss the indictment.

Defendants, both former police officers, are being detained on the island of

Guam pending sentencing after being found guilty of criminal charges by a jury.

They seek dismissal of the original indictment against them as a remedy for

constitutional rights violations they have allegedly experienced while in detention.

Defendants were unable to supply to the court any authority whatsoever that a

permissible post-conviction, pre-sentencing remedy for alleged constitutional

violations is dismissal of the indictment against them.  Because the court was given

no authority, and could find no authority itself, the motion is denied.  Additionally,

defendants' characterization of their conditions of detention as "punishment" was

not proved under *any* standard of proof.  Whatever grievances they may have (and,

again, none were proved today), this motion was not the proper avenue for the

resolution of those grievances.

IT IS SO ORDERED.

DATED this 6th day of January, 2006.

_____
ALEX R. MUNSON
Judge

2