```
                                          F I L E D
                                              Clerk
                                          District Court

                                          FEB 17 2006

                                       For The Northern Mariana Islands
                                       By_____
                                              (Deputy Clerk)
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR- 04-00038-002                                February 17, 2006
                                                9:15 a.m.

### UNITED STATES OF AMERICA -V- CHARLEY KINTARO PATRIS

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
            K. LYNN LEMIEUX, Courtroom Deputy
            TIMOTHY MORAN, Assistant U. S. Attorney
            ANTHONY LONG, Counsel for Defendant
            CHARLEY KINTARO PATRIS, Defendant

PROCEEDING:    SENTENCING HEARING

Defendant was present with his counsel, Attorney Anthony Long. Government by Timothy Moran, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg and FBI Special Agent, Joe Auther.

Court announced that there had been some untimely filing by the Defense counsel, as late as 15 minutes prior to this hearing and that the Court had not had a chance to review the pleadings, therefore, this hearing was continued.

Government requested that we proceed with witnesses. Court ordered that we reconvene this hearing at 12:00 noon for witness testimony and that the sentencing would continue at 4:00 p.m.

Court recessed at 9:20 a.m. and reconvened at 12:05 p.m.

Government called witness:

**JOSEPH E. AUTHER** (Special Agent, FBI). DX. CX.

Court recessed at 12:30 p.m. and reconvened at 4:50 p.m.

Court stated that Defense has filed multiple pleadings and objections at the last hour and the Court was not prepared to go forward with the Sentencing at this time. Therefore, Court re-set the

sentencing for February 23, 2006 at 1:30 p.m.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. 4:55 p.m.

K. Lynn Lemieux, Courtroom Deputy