F I L E D
Clerk
District Court

FEB 17 2006

for The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 04-00038-002 |
| Plaintiff, ) | |
| -v- ) | NOTICE RESCHEDULING |
| ) | SENTENCING DATE |
| CHARLEY K. PATRIS, et., al. ) | |
| Defendant, ) | |

TIMOTHY MORAN
Assistant U. S. Attorney
P. O. Box 500377
Saipan, MP 96950
Fax: (670) 236-2985

G. ANTHONY LONG, ESQ.
Law Office of G. Anthony Long
P. O. Box 504970
Saipan, MP 96950
Fax: (670) 235-4801

NOTICE IS HEREBY GIVEN the Sentencing in the above case set for Friday, February 17, 2006, is rescheduled to THURSDAY, FEBRUARY 23, 2006 at 1:30 p.m.

DATED this 17th day of February, 2006.

_____
Alex R. Munson, Chief Judge

AO 72
(Rev. 08/82)