| AO 435 (Rev. 12/03) *Please Read Instructions above* | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| 1. NAME  Timothy E. Moran | 2. PHONE NUMBER  (670) 236-2980 | | 3. DATE  3/2/2006 | |
| 4. MAILING ADDRESS  U.S. Attorney's Office, Horiguchi Bldg., 3rd Floor | 5. CITY  Saipan | | 6. STATE  MP | 7. ZIP CODE  96950 |
| 8. CASE NUMBER  CR 04-00038 | 9. JUDGE  Alex R. Munson | DATES OF PROCEEDINGS | | |
| | | 10. FROM | 11. | |
| 12. CASE NAME  U.S. v. Eric John T. Mafnas, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. | 14. | |

15. ORDER FOR  
[ ] APPEAL    [X] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY  
[ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify)  Motion To Dismiss Indictment | 01/06/2006 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | 127.82 |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)  
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 127.82

18. SIGNATURE  
19. DATE 3/2/06

PROCESSED BY  
PHONE NUMBER

FILED  
Clerk  
District Court  
MAR 03 2006  
For The Northern Mariana Islands  
By _____  
(Deputy Clerk)

TRANSCRIPT TO BE PREPARED BY  
COURT ADDRESS

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 127.82 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 127.82 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 127.82 |

(Previous editions of this form may still be used)  
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY