FILED
Clerk
District Court

MAR 06 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court
## District of the Northern Mariana Islands

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                  Plaintiff, )<br>                             )<br>    -v-                         )<br>                             )<br>   Charley K. Patris  , )<br>                  Defendant, ) | **NOTICE OF APPEAL**<br><br>D.C. DOCKET NUMBER: 04-00038<br><br>Alex R. Munson<br>(District Court Judge) |

Notice is hereby given that  Charley K. Patris  appeals to the United States Court of Appeals for the Ninth Circuit from the:

- [X] Conviction only (Fed. R. Crim P. 32(b)
- [ ] Conviction and sentence
- [ ] Sentence only (18 U.S.C. Sec. 3742)
- [ ] Order (specify)_____

_____ entered on this action on  02/24/06
                                                                               (date)

Sentence imposed:  108 months

_____

_____

Bail status:  None. Defendant is in custody.

_____

                                                G. Anthony Long
                                            (Counsel for Appellant)

Date: 03/06/06            Address: P.O. Box 504970
                                                  Saipan, MP 96950

Phone number: (670) 235-4802    Fax number: (670) 235-4801

Name of Court Reporter: Sanae Shmull

Transcript required:    Yes [X]    No [ ]
If "Yes", date ordered or to be ordered  March 10, 2006  (including arrangements for payment with court reporter)

[If transcript required, complete Transcript Order Form CA9-036, contact court reporter immediately to make arrangements for transcription].
[CA9-88-1NOA]