IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

MAR 06 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. 04-00038

Short Case Title USA vs. PATRIS

Date Notice of Appeal Filed by Clerk of District Court March 06, 2006

**SECTION A** - To be completed by party ordering transcript:

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| 08/02-16/06 | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | ~~Pretrial Proceedings~~ |
| | | Other (please specify) Oral motions made during trial, All trial testimony, All evidentiary rulings made during trial, sentencing hearing |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(x) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporte. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered March 10, 2006

Estimated date for completion of transcript _____

Type or Print Name G. Anthony Long

Signature of Attorney [signature] Phone Number 670 235-4802

Address PO BOX 504970 Saipan MP 96950

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS FOR ATTORNEYS
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). (Make additional copie if necessary.)
    Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE