ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS CASE NO. 06-10137 |
| | ) | DIST. COURT CASE NO. 04-00038-002 |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | February 23, 2006 |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and, | ) | **REPORTER'S TRANSCRIPT OF SENTENCING** |
| CHARLEY K. PATRIS, | ) | **OF CHARLEY K. PATRIS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED
Clerk
District Court

APR - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES**:

For Plaintiff:       Timothy Moran & Jamie D. Bowers
                     Assistant United States Attorneys
                     MARIANAS DISTRICT
                     Horiguchi Building, Third Floor
                     P. O. Box 500377
                     Saipan, MP 96950
                     Telephone: (670) 236-2986
                     Facsimile: (670) 236-2945

For Defendant        G. Anthony Long
   Mr. C.K. Patris:  Attorney at Law
                     P. O. Box 504970
                     Saipan, MP 96950
                     Telephone: (670) 235-4802
                     Facsimile: (670) 235-4801