ORIGINAL

329

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS CASE NO. 06-10137 |
| | ) | (DIST. COURT CASE NO. 04-00038-002) |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | August 4,5, 2005 |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and, | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
| CHARLEY K. PATRIS, | ) | |
| | ) | **VOLUME II - Pages 329 - 652** |
| Defendants. | ) | |
| | ) | |

FILED
Clerk
District Court

BEFORE THE HONORABLE A. WALLACE TOSHIMA       APR - 7 2006
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL  for The Northern Mariana Islands
IN THE UNITED STATES DISTRICT COURT        By_____
FOR THE NORTHERN MARIANA ISLANDS                (Deputy Clerk)

**APPEARANCES**:

For Plaintiff:           Timothy Moran & Jamie D. Bowers
                         Assistant United States Attorneys
                         MARIANAS DISTRICT
                         Horiguchi Building, Third Floor
                         P. O. Box 500377
                         Saipan, MP 96950
                         Telephone: (670) 236-2986
                         Facsimile: (670) 236-2945

For Defendant            Stephanie Flores & Victorino Torres
   Mr. E.J.T. Mafnas:    Attorneys at Law
                         Torres Brothers P.C.
                         P. O. Box 501856
                         Saipan, MP 96950
                         Telephone: (670) 233-5506
                         Facsimile: (670) 233-5510