**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>)<br>     vs. )<br>)<br>ERIC JOHN TUDELA MAFNAS and, )<br>CHARLEY K. PATRIS, )<br>)<br>     Defendants. )<br>_____ ) | APPEALS CASE NO. 06-10137<br>DIST. COURT CASE NO. 04-00038-002<br><br>Garapan, Saipan<br>Friday, February 17, 2006<br><br>REPORTER'S TRANSCRIPT OF SENTENCING<br>          OF CHARLEY K. PATRIS<br><br><br>           F I L E D<br>              Clerk<br>          District Court<br><br>          OCT - 4 2006<br><br>    For The Northern Mariana Islands<br>                By_____<br>                      (Deputy Clerk) |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:         Timothy Moran & Jamie D. Bowers
                       Assistant United States Attorneys
                       MARIANAS DISTRICT
                       Horiguchi Building, Third Floor
                       P. O. Box 500377
                       Saipan, MP 96950
                       Telephone: (670) 236-2986
                       Facsimile: (670) 236-2945

For Defendant          G. Anthony Long
   Mr. C.K. Patris:    Attorney at Law
                       P. O. Box 504970
                       Saipan, MP 96950
                       Telephone: (670) 235-4802
                       Facsimile: (670) 235-4801