**FILED**

UNITED STATES COURT OF APPEALS

MAY 25 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10058, 06-10137 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00038-ARM |
| v. | D.C. No. CR-04-00038-2-ARM |
| CHARLES K. PATRIS, | District of the Northern Mariana Islands |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court

JUN - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

On the court's own motion, oral argument is limited to ten (10) minutes for each side.

BY ORDER OF THE COURT
CATHY A. CATTERSON
Clerk of Court

By: _____
Howard Hom
Deputy Clerk